STATE of Missouri, Respondent,

v.

Michael L. MITCHELL, Appellant.

WD 77992

Missouri Court of Appeals, Western District.

ORDER FILED: MARCH 1, 2016

Emmett D. Queener, Columbia, MO, Counsel for Appellant.

Dora Fichter, Jefferson City, MO, Counsel for Respondent.

Before Division One: Anthony Rex Gabbert, P.J., Victor C. Howard, and Cynthia Martin, JJ.

**ORDER**

Per Curiam:

Michael Mitchell appeals the trial court's sentence for his conviction of domestic assault in the second degree. We affirm. Rule 30.25(b).